UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-cv-21900-ALTMAN

**SKYLAR BRYANT**,
*individually and on behalf of all others similarly situated*,

    *Plaintiff*,

v.

**DICK'S SPORTING GOODS, INC.**,

    *Defendant.*
_____/

## ORDER

The parties have filed a Notice of Settlement [ECF No. 11], telling us that they've resolved their dispute. Accordingly, we hereby **ORDER and ADJUDGE** as follows:

1. The Clerk of Court is directed to **CLOSE** this case without prejudice to the parties to effectuate their agreement by **October 6, 2025.**

2. If the parties fail to complete the expected settlement, any party may ask the Court to reopen the case.

3. All pending deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in the Southern District of Florida on September 8, 2025.

 

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record